1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   SYMANTEC CORPORATION,                      No. C 07-05539 SBA

8            Plaintiff,                         **CLERK'S NOTICE**

9     v.

10  BOB TARKENS,

11           Defendant.
    _____/
12

13  **Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this**
    **action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of**
14  **service with the Clerk of the Court.**

15          YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for ,
    **February 6, 2008, has been moved to, February 8, 2008, at 3:15 p.m., via telephone.**
16
            **Plaintiff's counsel is to set up the conference call with all the parties on the line and call**
17  **chambers at (510) 637-3559.**

18          **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR**
    **AUTHORIZATION OF THE COURT.)**
19
            **Counsel shall file a Joint Case Management Conference Statement 10 days in advance**
20  **of the Case Management Conference that complies with the Standing Order For All Judges Of**
    **The Northern District Of California and the Standing Order of this Court.**
21

22  **Dated: 11/14/07**

23                                            **FOR THE COURT,**

24                                            **Richard W. Wieking, Clerk**

25                                            **By: s/Lisa R. Clark_____**
                                                   **Courtroom Deputy**
26

27

28

**United States District Court**
**For the Northern District of California**