J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Symantec Corporation,<br><br>    Plaintiff,<br>v.<br>Bob Tarkens and Does 1 – 10, inclusive,<br>    Defendants. | Case No. CV 07-5539 SBA<br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) |

    PLEASE TAKE NOTICE THAT this Action is dismissed by Plaintiff Symantec Corporation ("Plaintiff") in its entirety, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: December 18, 2007        J. Andrew Coombs, A Professional Corp.

                                                 J. Andrew Coombs
                                                 Annie Wang
                                                 Attorneys for Plaintiff Symantec Corporation